UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                                                                      Case No. 13-56053

William Dent

        Debtor                                            Chapter 13 (Caldwell)

## NOTICE OF CHANGE OF ADDRESS

The address for William Dent has changed. The new address is:

    1277 W Oakbrook Drive
    Reynoldsburg OH 43068

    /s/ Pamela N. Maggied
    Pamela N. Maggied, Case Attorney (#0013260)
    PAMELA N. MAGGIED CO., LPA
    50 West Broad Street, Suite 1200
    Columbus OH 43215
    *maggiedlaw@midohio.twcbc.com*
    Telephone: 614-464-2236
    Fax: 614-464-3823

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Change of Address will be served electronically via CMECF, this 8th day January, 2016, on Faye D. English, Chapter 13 Trustee; and on the US Trustee; and on any other party who requested electronic service of all pleadings in the case.

    /s/ Pamela N. Maggied
    Pamela N. Maggied, Case Attorney