UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                                                                  Case No. 13-56053

William Dent

        Debtor                                          Chapter 13 (Judge Caldwell)

**NOTICE OF CHANGE OF ADDRESS**

The address for William Dent has changed. The new address is:

      6157 Joes Hopper Road
      Columbus OH 43230

      /s/ Pamela N. Maggied
      Pamela N. Maggied, Case Attorney (#0013260)
      PAMELA N. MAGGIED CO., LPA
      50 West Broad Street, Suite 1200
      Columbus OH 43215
      maggiedlaw@midohio.twcbc.com
      Telephone: 614-464-2236
      Fax: 614-464-3823

**CERTIFICATE OF SERVICE**

All ECF participants registered in this case were served electronically on the date of filing of the Notice of Change of Address through the court's ECF System at the email address registered with the court.

3-14-17                                              /s/ Pamela N. Maggied
                                                               Pamela N. Maggied, Case Attorney