UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                                                                              Case No. 13-56053

William Dent

        Debtor                                                       Chapter 13 (Judge Caldwell)

## NOTICE OF CHANGE OF ADDRESS

The address for William Dent has changed. The new address is:

        8209 Forest Pointe
        Blacklick OH 43004

        /s/ Pamela N. Maggied
        Pamela N. Maggied, Case Attorney (#0013260)
        PAMELA N. MAGGIED CO., LPA
        85 East Gay Street, Suite 600
        Columbus OH 43215
        maggiedlaw@midohio.twcbc.com
        Telephone: 614-464-2236
        Fax: 614-464-3823

## CERTIFICATE OF SERVICE

All ECF participants registered in this case were served electronically on the date of filing of the Notice of Change of Address through the court's ECF System at the email address registered with the court.

November 15, 2017        /s/ Pamela N. Maggied
        Pamela N. Maggied, Case Attorney